JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA JUNE LARSEN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BOWLERO CORPORATION, a California Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:21-cv-03531-SK<br><br>Magistrate Judge: Hon. Steve Kim<br><br>**ORDER ON STIPULATION OF DISMISSAL [FRCP 41(A)]** |

**ORDER OF DISMISSAL**

　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(1)(1)(ii), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action.

Dated: ___August 8, 2023___　　　　　　　__[signature]_____
　　　　　　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE